**James J. Orland, Esq.** (State Bar No. 161937)
jim@orlandlawgroup.com
**Samuel A. Mann, Esq.** (State Bar No. 287785)
sam@orlandlawgroup.com
**ORLAND LAW GROUP**
1334 Parkview Avenue, Suite 100
Manhattan Beach, CA 90266
Telephone: 310/492-5705 – Fax: 310/598-3141

*Attorneys for Plaintiffs* CHRISTAL JOHNSON, EBONY TAYLOR, and BRIGITTE GREEN

**MICHAEL N. FEUER,** City Attorney
**KATHLEEN A. KENEALY,** Chief Assistant City Attorney (SBN 212289)
**SCOTT MARCUS,** Chief, Civil Litigation Branch (SBN 184980)
**CORY M. BRENTE,** Senior Assistant City Attorney (SBN 115453)
**ELIZABETH T. FITZGERALD,** Deputy City Attorney (SBN 158917)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Tel: (213) 978-7560   Fax: (213) 978-8785
Email: elizabeth.fitzgerald@lacity.org

Attorneys for Defendants CITY OF LOS ANGELES and MICHEL MOORE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHRISTAL JOHNSON, an individual and as a Personal Representative of Mariyon Williams; EBONY TAYLOR, an individual and as a Personal Representative of Jayland Strickland, and BRIGITTE GREEN, an individual and as a Personal Representative of Monyae Jackson,<br><br>               Plaintiffs,<br>     vs.<br><br>CITY OF LOS ANGELES; MICHEL MOORE, CHIEF OF LOS ANGELES POLICE DEPARTMENT, and DOES 1 through 100, inclusive,<br><br>               Defendants. | Case No. 2:19-cv-00105 RGK-FFM<br>(Assigned to the Honorable R. Gary Klausner)<br>Courtroom: 850, 8th Floor<br><br>**REVISED JOINT WITNESS LIST**<br><br>**FINAL PRE-TRIAL CONFERENCE**<br>Date: February 10, 2020<br>Time: 9:30 a.m.<br>Courtroom: 850<br><br>**JURY TRIAL**<br>Date: March 10, 2020<br>Time: 9:00 a.m.<br>Courtroom: 850 |

## TO THE HONORBALE COURT:

Pursuant to the Order of the Court and Local Rules 16-4 and 16-5, Plaintiffs CHRISTAL JOHNSON, EBONY TAYLOR, and BRIGITTE GREEN and Defendants City of Los Angeles and Michel Moore Department hereby submit their Revised List of Trial Witnesses:

| No. | Witness | Description / Unique Testimony | Direct | Cross | Re-Direct |
|---|---|---|---|---|---|
| **PLAINTIFFS' WITNESSES** | | | | | |
| 1. | Brigitte Green | Parent of Plaintiff Decedent, injuries and damages from the perspective of Decedent's mother | 1.0 | 1.0 | 0.25 |
| 2. | Jay'lon Strickland | Plaintiff (minor), injuries and damages from his own perspective, events of the incident from aggrieved party | 1.0 | 1.0 | 0.25 |
| 3. | Mariyon Williams | Plaintiff (minor), injuries and damages from his own perspective, events of the incident from aggrieved party | 1.0 | 1.0 | 0.25 |
| 4. | Christal Johnson | Parent of Plaintiff injuries and damages from the perspective of M.W.'s mother | 0.75 | .5 | 0.25 |

| No. | Witness | Description / Unique Testimony | Direct | Cross | Re-Direct |
|---|---|---|---|---|---|
| 5. | Ebony Taylor | Parent of Plaintiff injuries and damages from the perspective of M.W.'s mother | 0.75 | .5 | 0.25 |
| 6. | Noni Thompson | Relative of Plaintiff, eyewitness to events at hospital of M.J. | 0.5 | .5 | 0.25 |
| 7. | Kevin Young, MD | Treating Physician | 0.5 | .5 | 0.25 |
| 8. | Anthony Lopez | Responding police officer | 0.5 | .5 | 0.25 |
| 9. | Detective Villareal | Responding detective, interview J.S. at hospital | 0.5 | .5 | 0.25 |
| 10. | Detective Garza | Responding detective, interview M.W. at South Bureau Homicide Division. | 0.5 | .5 | 0.25 |
| 11. | Bryan Hubbard, MD | M.J.'s Treating Physician at California Hospital, treatment, outcome of treatment for M.J. | 0.5 | .5 | 0.25 |
| 12. | Anthony McCloud, M.D. | Receiving Trauma Physician of M.J., provided incorrect information from LAPD | 0.5 | .5 | 0.25 |

| No. | Witness | Description / Unique Testimony | Direct | Cross | Re-Direct |
|---|---|---|---|---|---|
| 13. | Hermenegildo Ocampo, MD | Treating Physician of M.J., communications with family of M.J., damages | 0.5 | .5 | 0.25 |
| 14. | Timothy T. Williams, Jr. | Plaintiff's Expert LAPD policy and procedures | 1.0 | .5 | 0.50 |
| 15. | Custodian of Records for Autopsy of Decedent Monyae Jackson | Authenticating Medical records | 0.25 | 0.25 | 0 |
| 16. | Custodian of Records for LAPD Photographs, records, 911 calls, radio communications, body worn footage | Authenticating LAPD records | 0.25 | 0.25 | 0 |
| 17. | Custodian of Records for Medical records of California Hospital Medical Center | Authenticating medical records from California Hospital | 0.25 | 0.25 | 0 |
| 18. | Custodian of Records for LAFD records, 911 calls, and radio communications | Authenticating LAFD records | 0.25 | 0.25 | 0 |
| 19. | LAFD Captain Jeff Duffy | PMK for City testifying to policy and procedures and events from LAFD position | 1.0 | 1.0 | 0.25 |

| No. | Witness | Description / Unique Testimony | Direct | Cross | Re-Direct |
|---|---|---|---|---|---|
| 20. | Officer Nicole Grant | Police Officer that handcuffed M.W. state of mind and orders from superiors, policies and procedures followed, interviewed M.W. | 0.5 | 0.5 | 0.25 |
| 21. | Officer Brandon Bolen | Responding police officer, conversations with J.S. to determine victim or suspect and observed GSW, placed M.W. in handcuffs after the hospital | 0.75 | 0.5 | 0.25 |
| 22. | Sergeant Todd Bogart | Police Officer that directed officers to handcuff plaintiff, orders he gave, state of mind, his reasons for his orders | 0.5 | 0.5 | .25 |
| 23. | Officer Laura Cardenas | Police Officer that handcuffed J.S. state of mind and orders from superiors, policies and procedures followed | 0.5 |  | .25 |
|  | **DEFENDANTS' WITNESSES** |  |  |  |  |

| No. | Witness | Description / Unique Testimony | Direct | Cross | Re-Direct |
|---|---|---|---|---|---|
| 24. | Officer Athena Sandoval (formerly Collins) | First officer on scene, summoned ambulance for Monyae Jackson | .25 | 0.5 | .10 |
| 25. | Officer Thomas Call | Partnered with Sandoval, observed gun near Monyae Jackson, relayed that information to other officers involved in detention of Strickland and Williams. | .25 | 0.5 | .10 |
| 26. | Officer Jessy Gutierrez | Primary officer- first to make contact with plaintiffs Strickland and Williams, directed they be detained. | .50 | 0.5 | .10 |
| 27. | Officer Daniel Cuadras | Interviewed plaintiff Strickland, handcuffed Strickland and released his handcuffs. | .50 | 0.5 | .10 |
| 28. | Sergeant Cory Meisner | On scene supervisor, directed Strickland to be released from handcuffs; will discuss LAPD policy regarding | .50 | 1.0 | .10 |

| No. | Witness | Description / Unique Testimony | Direct | Cross | Re-Direct |
|---|---|---|---|---|---|
| | | detaining suspects and summoning medical aid | | | |
| 29. | Sgt. Jeffrey Phelps | First supervisor on scene, ensured that medical care for Monyae Jackson was called for. | .25 | 0.25 | .10 |
| 30. | LAFD Captain Allen Skier | Responding Fire Captain; triaged the four shooting victims; and summoned rescue ambulance for them. | .50 | 0.5 | .10 |
| 31. | Officer Laura Cardenas | Back up for witness Jessy Gutierrez if he is unavailable. | .25 | 0.5 | .10 |

Dated: February 12, 2020      **ORLAND LAW GROUP**

By: /s/ *James J. Orland*

  **James J. Orland, Esq.**
  **Samuel A. Mann, Esq.**
  Attorneys for CHRISTAL JOHNSON, EBONY TAYLOR, and BRIGITTE GREEN

Dated: February 12, 2020      **OFFICE OF THE CITY ATTORNEY**

By:      /s/*Elizabeth T. Fitzgerald*
  **Elizabeth T. Fitzgerald,** Deputy City Attorney
  Attorneys for Defendants City of Los Angeles, et