# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHRISTAL JOHNSON, an individual and as a Personal Representative of Mariyon Williams; EBONY TAYLOR, an individual and as a Personal Representative of Jayland Strickland, and BRIGITTE GREEN, an individual and as a Personal Representative of Monyae Jackson,<br><br>Plaintiffs,<br>vs.<br><br>CITY OF LOS ANGELES; MICHEL MOORE, CHIEF OF LOS ANGELES POLICE DEPARTMENT, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:19-cv-00105 RGK-FFM<br>Honorable R. Gary Klausner<br>Courtroom: 850, 8th Floor<br><br>**[PROPOSED] ORDER RE: DISMISSAL** |

JS-6

The parties having stipulated to the dismissal of this action in its entirety without prejudice, IT IS HEREBY ORDERED that:

//

This matter is DISMISSED without prejudice. Each party is to bear their own costs.

**IT IS SO ORDERED.**

Dated: March 10, 2020

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE